**CARMEN Z. RIVERA**
California State Bar No. 345122
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Carmen_Rivera@fd.org

Attorneys for Mr. Gomez-Peralta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>**Ramon Edilio Gomez-Peralta**,<br><br>            Defendant. | CASE NO.:   23MJ3321-BLM<br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Carmen Z. Rivera, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  September 13, 2023

*s/ Carmen Z. Rivera*
**Carmen Z. Rivera**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gomez-Peralta
Carmen_Rivera@fd.org