# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23MJ3321-BLM |
| _Ramon Gomez-Peralta_ ) | |
| Defendant ) | |

### STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
  ☒ to obtain/review discovery
  ☒ to obtain/consider a pre-indictment offer from the United States
  ☐ other reason:

Date: 9/13/23

_Ramon Gomez_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Carmen Z. Rivera   State Bar No. 345122
Printed name and bar number of defendant's attorney

225 Broadway, Suite 900
San Diego, CA 92101-5008

Address of defendant's attorney

Carmen_Rivera@fd.org
E-mail address of defendant's attorney

619-234-8467
Telephone number of defendant's attorney

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to 10/10/23 130PM. BGS

Date: 9/18/2023

_Barbara L. Major_
United States Magistrate Judge