UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: _____ |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Reentry of Removed Alien (Felony) |
| RAMON EDILIO GOMEZ-PERALTA, | |
| Defendant. | |

The Acting United States Attorney charges:

On or about September 11, 2023, within the Southern District of California, defendant RAMON EDILIO GOMEZ-PERALTA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

//

JMP:sd:10/4/2023

It is further alleged that defendant was removed from the United States subsequent to March 14, 2023.

DATED: <u>October 4, 2023</u>.

                                         ANDREW R. HADEN
                                         Acting United States Attorney

                                         */s/ Jeffrey Pierce*

                                         JEFFREY M. PIERCE
                                         Assistant U.S. Attorney